UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Midwest Disability Initiative and Michael Ray Marchand,<br><br>Plaintiffs,<br>v.<br><br>GM Minneapolis LLC d/b/a Green Mill Restaurant and Bar,<br><br>Defendant. | Civil No. 16-cv-0868 (MJD/HB)<br><br>**ORDER** |

The above matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated June 27, 2016. Defendant objects to the recommendation that the Court deny its motion to dismiss for lack of standing.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will ADOPT the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [Doc. No. 5] is **DENIED.**

Dated: August 31, 2016

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court